IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3018 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| KATRINA LAVERN COFFMAN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The Marshal is directed to promptly, and in no less than forty-eight hours, secure a medical prenatal evaluation and, if necessary, treatment for the defendant, and to provide transportation to and from such appointment.

2) The defendant shall remain in the Marshal's custody while obtaining the medical evaluation and treatment required under this order.

DATED this 23rd day of March, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge