IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3018 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KATRINA LAVERN COFFMAN, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and without objection by the plaintiff and Probation Officer,

IT IS ORDERED that Defendant Coffman's sentencing is continued to Friday, October 29, 2010, at 12:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated August 17, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge