UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2010 OCT 29 PM 1:47

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:10CR3018 |
| ) | |
| vs. ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| KATRINA COFFMAN, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 29th day of ~~August,~~ October 2010, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On May 25, 2010, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846 and 853 based upon the Defendant's plea of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in ~~$330.00~~ $333.00 in United States currency was forfeited to the United States. RGK

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site www.forfeiture.gov for at least thirty consecutive days, beginning on June 2, 2010, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on August 9, 2010 (Filing No. 43).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the $333.00 [~~$330.00~~] in United States currency held by any person or entity, is hereby forever barred and foreclosed. *RGK*

C. The $333.00 [~~$330.00~~] in United States currency be, and the same hereby are, forfeited to the United States of America. *RGK*

D. The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 29th day of October [~~August~~], 2010.

BY THE COURT:

/s/ Richard G. Kopf

RICHARD G. KOPF, CHIEF JUDGE
United States District Court